United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TANIA KATRISSE HACKETT BOSHEARS, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs. | | |
| V. | | CIVIL ACTION NO. 3:22-cv-00053 |
| POLARIS ENGINEERING, *et al.*, | | |
| Defendants. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 9, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 33. Judge Edison filed a memorandum and recommendation on March 27, 2023, recommending that Defendants' Motion to Dismiss (Dkt. 23) be granted in part and denied in part. Dkt. 38.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)  Judge Edison's memorandum and recommendation (Dkt. 38) is approved and adopted in its entirety as the holding of the court; and

(2)  Defendants' Motion to Dismiss (Dkt. 23) is granted as to Plaintiff's ADA retaliation claim and her § 12112(b)(4)/associational disability discrimination claim; and

(3) Defendants' Motion to Dismiss (Dkt. 23) is denied to the extent they seek to dismiss Plaintiff's case at the pleading stage on the grounds that Plaintiff's claims are time-barred.

SIGNED on Galveston Island this 8th day of May 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE