United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TANIA KATRISSE HACKETT BOSHEARS, *et al.*, | § § § § | |
| Plaintiffs. | § § | 3:22-CV-53 |
| V. | § § § | |
| POLARIS ENGINEERING, *et al.*, | § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 9, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 33. Judge Edison filed a memorandum and recommendation on October 3, 2023, recommending that the defendants' motions for summary judgment (Dkts. 46, 49) be granted. Dkt. 56.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 56) is approved and adopted in its entirety as the holding of the court; and

(2) The defendants' motions for summary judgment (Dkts. 46, 49) are granted.

SIGNED on Galveston Island this 20th day of October 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE